UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POOKA POOKA LLC,

        Plaintiff(s),

   v.

SAFARI BEACH CLUB,

        Defendant(s).
_____/

No. C-12-03817 (DMR)

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

     The Initial Case Management Conference previously scheduled for November 28, 2012 at 1:30 p.m., Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612 is VACATED. Plaintiff shall file a status update with the court by December 17, 2012. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

     IT IS SO ORDERED.

Dated: November 26, 2012

_____
DONNA M. RYU
United States Magistrate Judge