UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOKA POOKA LLC, | No. C-12-03817 (DMR) |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAFARI BEACH CLUB, | |
| Defendant(s). | |

The Initial Case Management Conference previously scheduled for November 28, 2012 at 1:30 p.m., Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612 is VACATED. Plaintiff shall file a status update with the court by December 17, 2012. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: November 26, 2012

DONNA M. RYU
United States Magistrate Judge