United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POOKA POOKA LLC,

    Plaintiff(s),

    v.

SAFARI BEACH CLUB,

    Defendant(s).
_____/

No. C 12-03817 (DMR)

**ORDER FOR FURTHER STATUS REPORT**

Plaintiff shall file a status update with the court by February 13, 2013. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: December 18, 2012

_____
DONNA M. RYU
United States Magistrate Judge