UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOKA POOKA LLC, | No. C 12-03817 (DMR) |
| Plaintiff(s), | **ORDER RE STATUS UPDATE AND MOTION FILING** |
| v. | |
| SAFARI BEACH CLUB, | |
| Defendant(s). | |

Plaintiff shall file a status update with the court by February 13, 2013. By that same date, Plaintiff also shall file a motion for default judgment or a motion to transfer. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: December 18, 2012

DONNA M. RYU
United States Magistrate Judge