UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOKA POOKA LLC, | No. C-12-03817 DMR |
|     Plaintiff(s), | **ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
|     v. | |
| SAFARI BEACH CLUB, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's Motion for Default Judgment (Docket No. 23 ), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the April 11, 2013 at 11:00 a.m. hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: March 27, 2013

DONNA M. RYU
United States Magistrate Judge