**United States District Court**
For the Northern District of California

1
2
3
4                   UNITED STATES DISTRICT COURT
5                 NORTHERN DISTRICT OF CALIFORNIA
6
7 POOKA POOKA LLC,                No. C-12-03817 DMR

8          Plaintiff(s),           **ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
9     v.                         **UNDER SUBMISSION WITHOUT ORAL ARGUMENT**
10 SAFARI BEACH CLUB,
11          Defendant(s).
12 _____/
13 TO ALL PARTIES AND COUNSEL OF RECORD:
14       The court has received Plaintiff's Motion for Default Judgment (Docket No. 23 ), and finds
15 that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule
16 7-1(b).  Accordingly, the April 11, 2013 at 11:00 a.m. hearing on the motion is hereby VACATED.
17 The court will issue a written order on the motion.
18       Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this
19 Order and file a proof of service with the court.
20       IT IS SO ORDERED.
21 Dated:  March 27, 2013
22
23                              _____
24                              DONNA M. RYU
                               United States Magistrate Judge
25
26
27
28