1  Ray K. Shahani, Esq.          SBN 160,814
   Attorney at Law
2  Twin Oaks Office Plaza
   477 Ninth Avenue, Suite 112
3  San Mateo, California 94402-1854
   Telephone: (650) 348-1444
4  Facsimile: (650) 348-8655

5  Attorney for Plaintiff
   POOKA POOKA L.L.C.
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 POOKA POOKA L.L.C., dba              | Case No:      C 12-03817 PJH
   HAWAII5GO.COM, a Hawaii Limited      |
   Liability Corporation,               | The Honorable Phyllis J. Hamilton
11                                      |
                  Plaintiff,            | NOTICE OF DISMISSAL AS TO ALL
12                                      | DEFENDANTS WITHOUT PREJUDICE
         vs.                            | and [~~PROPOSED~~] ORDER
13                                      |
   SAFARI BEACH CLUB LLC, a New York    |
14 Limited Liability Corporation, DANIELLE |
   PALMITESSO, individually and as a Member |
15 of SAFARI BEACH CLUB LLC, PETER      |
   SICILIAN, individually and as a Member of |
16 SAFARI BEACH CLUB LLC and DOES 1-    |
   10                                   |
17                                      |
                  Defendants.           |
18
         IT IS HEREBY REQUESTED by Plaintiff to this action POOKA POOKA L.L.C., dba
19
   HAWAII5GO.COM, a Hawaii Limited Liability Corporation, through its counsel of record, that
20
   the above-captioned action be and hereby is dismissed without prejudice as to all defendants, i.e.,
21
   SAFARI BEACH CLUB LLC, a New York Limited Liability Corporation, DANIELLE
22
   PALMITESSO, individually and as a Member of SAFARI BEACH CLUB LLC, PETER
23
   SICILIAN, individually and as a Member of SAFARI BEACH CLUB LLC,  pursuant to Rule
24
   41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal
25
   and to bear its own costs and attorney's fees.
26

27
   ///
28

1
2  Date:   May 13, 2013              Plaintiff's Counsel       /S/ Ray K. Shahani
                                                                    Signature
3
4                                    Plaintiff's Counsel       Ray K. Shahani, Esq.
                                                                   Printed Name
5  ///
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed as to all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

IT IS SO ORDERED.

Date: 5/14/13

_____
United States District Judge
Hon. Judge Phyllis J. Hamilton

///