| | |
|---|---|
| 1 | Ray K. Shahani, Esq.          SBN 160,814 |
|   | Attorney at Law |
| 2 | Twin Oaks Office Plaza |
|   | 477 Ninth Avenue, Suite 112 |
| 3 | San Mateo, California 94402-1854 |
|   | Telephone: (650) 348-1444 |
| 4 | Facsimile: (650) 348-8655 |
| 5 | Attorney for Plaintiff |
|   | POOKA POOKA L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOKA POOKA L.L.C., dba HAWAII5GO.COM, a Hawaii Limited Liability Corporation, | Case No:    C 12-03817 PJH |
| | The Honorable Phyllis J. Hamilton |
| Plaintiff, | |
| | NOTICE OF DISMISSAL AS TO ALL DEFENDANTS WITHOUT PREJUDICE and [~~PROPOSED~~] ORDER |
| vs. | |
| SAFARI BEACH CLUB LLC, a New York Limited Liability Corporation, DANIELLE PALMITESSO, individually and as a Member of SAFARI BEACH CLUB LLC, PETER SICILIAN, individually and as a Member of SAFARI BEACH CLUB LLC and DOES 1-10 | |
| Defendants. | |

IT IS HEREBY REQUESTED by Plaintiff to this action POOKA POOKA L.L.C., dba HAWAII5GO.COM, a Hawaii Limited Liability Corporation, through its counsel of record, that the above-captioned action be and hereby is dismissed without prejudice as to all defendants, i.e., SAFARI BEACH CLUB LLC, a New York Limited Liability Corporation, DANIELLE PALMITESSO, individually and as a Member of SAFARI BEACH CLUB LLC, PETER SICILIAN, individually and as a Member of SAFARI BEACH CLUB LLC,  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal and to bear its own costs and attorney's fees.

///

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Date:   May 13, 2013 | Plaintiff's Counsel | /S/ Ray K. Shahani |
| | | | Signature |
| 3 | | | |
| 4 | | Plaintiff's Counsel | Ray K. Shahani, Esq. |
| | | | Printed Name |
| 5 | /// | | |

///

1    IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is
2    dismissed as to all defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal
3    Rules of Civil Procedure.  The parties will bear their own attorney's fees and costs of suit.

5    IT IS SO ORDERED.

8    Date: 5/14/13

_____
United States District Judge
Hon. Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

10
11   ///